UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cr-00053

**United States of America,**
*Plaintiff,*

v.

**Frankie Garcia Pineda**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

On October 16, 2019, defendant was charged by indictment with illegal reentry following removal, in violation of 8 U.S.C. §§ 1326(a) and (b)(2). Doc. 11. Defendant consented to have a magistrate judge take his guilty plea. Doc. 20. Magistrate Judge K. Nicole Mitchell conducted a change-of-plea hearing and issued findings and a recommendation that the court accept the guilty plea. At the hearing, the parties waived their right to object to the findings and recommendation. The court now **accepts** the magistrate judge's findings and recommendation and **accepts** defendant's guilty plea.

*So ordered by the court on November 21, 2019.*

J. CAMPBELL BARKER
United States District Judge